IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| QUESTECH FINANCIAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 04-0782-KD-M |
| | ) |
| AIG INVESTMENTS, LLC,[1] | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter is stayed in bankruptcy pursuant to order entered June 16, 2005. (Doc. 37). The status report filed May 12, 2008 informed the court that the Bankruptcy Trustee anticipated closing the bankruptcy proceedings by the end of 2008 and that "[o]nce the Bankruptcy proceedings are closed, QuesTech's breach of contract, detinue and receiver claims against AIG in this action (the "Claims") should be dismissed without prejudice" (doc. 51).

In order to update the court, plaintiff and the remaining defendant AIG Investments, LLC, are **ORDERED** to provide a **joint brief status report on or before February 13, 2009,** advising the undersigned as to the current status of the AIG Investments, LLC, bankruptcy in the Southern District of Mississippi and its effect on this litigation.

**DONE** and **ORDERED** this 13th day of January, 2009.

                                        **s / Kristi K. DuBose**
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] Defendants Bharat R. Patel, Amita B. Patel, Dipen J. Patel, Sonali D. Patel, Riten J. Patel, Jigna Patel, Bharat B. Patel and Kusum B. Patel have been dismissed from the case by stipulation (docs. 45, 46).