IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| QUESTECH FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO 04-0782-KD-M |
| | ) | |
| AIG INVESTMENTS, LLC,[1] | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is stayed in bankruptcy pursuant to order entered June 16, 2005. (Doc. 37). The status report filed February 3, 2009 informed the court that the Bankruptcy proceedings are still continuing and that "[o]nce the Bankruptcy proceedings are closed, QuesTech's breach of contract, detinue and receiver claims against AIG in this action (the "Claims") should be dismissed without prejudice" (doc. 54).

Accordingly, the parties are **ORDERED** to provide a **joint brief status report on or before May 5, 2009,** advising the undersigned as to the current status of the AIG Investments, LLC, bankruptcy in the Southern District of Mississippi and its effect on this litigation.

**DONE** and **ORDERED** this 5th day of February, 2009.

　　　　　　　　　　　　　　　　　　 s / Kristi K. DuBose
　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] Defendants Bharat R. Patel, Amita B. Patel, Dipen J. Patel, Sonali D. Patel, Riten J. Patel, Jigna Patel, Bharat B. Patel and Kusum B. Patel have been dismissed from the case by stipulation (docs. 45, 46).